UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERAMIAH L. GLOWACKI,

        Plaintiff,

vs.

O'REILLY AUTO ENTERPRISES, LLC,
a foreign limited liability company, d/b/a
O'REILLY AUTO PARTS,

        Defendant.
_____/

Case No. 1:21-cv-868

Hon. Hala Y. Jarbou

## VERDICT FORM

We, the jury, answer the questions submitted as follows:

### TITLE VII

**QUESTION NO. 1:** Do you find that Defendant O'Reilly terminated Plaintiff because Plaintiff reported sexual harassment?

Yes __X__
No _____

If you answered "Yes" proceed to No. 2; if you answered "No" proceed to No. 4.

**QUESTION NO. 2:** Do you find that Defendant O'Reilly is liable to Plaintiff for punitive damages?

Yes __X__
No _____

If you answered "yes" proceed to No. 3; if you answered "No" proceed to No. 4.

**QUESTION NO. 3:** Indicate the amount of punitive damages to be awarded to Plaintiff:

Punitive damages of ~~$~~ $1 Mil

## MICHIGAN ELLIOTT LARSEN CIVIL RIGHTS ACT

**QUESTION NO. 4:** Do you find that Plaintiff's reporting of sexual harassment was a significant factor in Defendant O'Reilly's decision to terminate Plaintiff?

Yes  X
No _____

If you answered "Yes" to either Questions. 1 or 4, proceed to No. 5. If you answered "No" to both Questions 1 and 4, your verdict form is complete. Please have the Foreperson sign and date at the bottom.

**QUESTION NO. 5:** Set forth the amount of compensatory money damages, if any, to be awarded to Plaintiff:

loss compensation     stocks as of 3/6     total

Past economic damages of  $250,000 + $729,000 = $979,000

Future economic damages of ~~~~ $800,000

Non-economic (emotional distress) damages of $160,000

Dated: 3/15/23                                    James Luffen
                                                  FOREPERSON

2

3/15/23

I was in the ER all last night with my son for appendicitis. It is possible he may have to have surgery today. My family has been given the courtroom # in case of emergeny.

Thank you

Juror #5

3/15/23
9:06 am
aks

Please Provide | evidence binder(s)

Juror #5

3/15/23
11:06am
aks

Can we put any Stipulations on where the punitive damages are used? Or can we only specify an amount?
For example could we indicate punitive damages, to cover all legal fees & court costs?

Juror #5<br>Fore person

Please rely on the instructions you were provided.

3/15/23
12:12pm
aks

We have reached a decision

Juror #5
Foreperson

3/15/23
12:44 pm
aks