Date: 3/22/2023

**Tabs3 Detail Work-In-Process Report**
Sterling Attorneys at Law, P.C.

**EXHIBIT C**



Client: **Glowacki/Jeramiah L.**

| Date | Atty | Rate | Hours Worked | Amount | Description |
|---|---|---|---|---|---|
| | | | | | |
| 09/27/2021 | BJF | 325.00 | 4.75 | 1,543.75 | Review EEOC file; review emails from client; research venue; draft complaint. |
| 09/30/2021 | BJF | 325.00 | 2.00 | 650.00 | Review documents from client; review notes; draft complaint. |
| 10/01/2021 | BJF | 325.00 | 1.25 | 406.25 | Review documents and draft complaint. |
| 10/04/2021 | BJF | 325.00 | 2.75 | 893.75 | Draft complaint; review EEOC file. |
| 10/06/2021 | BJF | 325.00 | 0.50 | 162.50 | Review unemployment file; review EEOC file; review emails from client; review and revise complaint; email client draft complaint. |
| 10/07/2021 | BJF | 325.00 | 2.50 | 812.50 | Review and revise complaint; telephone conference with client to discuss complaint; review EEOC file. |
| 10/08/2021 | BJF | 325.00 | 0.50 | 162.50 | Review proposed summons; research assigned judge. |
| 10/11/2021 | RJS | 450.00 | 0.25 | 112.50 | Attention to status and strategy. |
| 10/19/2021 | RJS | 450.00 | 0.25 | 112.50 | Conference regarding status and strategy. |
| 10/22/2021 | BJF | 325.00 | 0.25 | 81.25 | Review email from opposing counsel; review schedule and FRCP for answers. |
| 11/12/2021 | BJF | 325.00 | 1.00 | 325.00 | Review answers to complaint; emails with client to discuss answer. |
| 11/23/2021 | BJF | 325.00 | 0.25 | 81.25 | Emails with court and opposing counsel regarding scheduling initial conference. |
| 12/02/2021 | BJF | 325.00 | 1.00 | 325.00 | Review court order; draft joint status report; telephone conference with opposing counsel to discuss report. |
| 12/08/2021 | BJF | 325.00 | 0.75 | 243.75 | Review and revise joint status report; email opposing counsel. |
| 12/15/2021 | BJF | 325.00 | 0.50 | 162.50 | Prepare for court hearing; review discovery plan; court hearing by telephone; follow up telephone conference with opposing counsel. |
| 12/17/2021 | BJF | 325.00 | 2.00 | 650.00 | Review documents from client; review EEOC file; draft initial disclosures. |

Date: 3/22/2023

**Tabs3 Detail Work-In-Process Report**
Sterling Attorneys at Law, P.C.

EXHIBIT C



Client: **Glowacki/Jeramiah L.**

| Date | Atty | Rate | Hours Worked | Amount | Description |
|---|---|---|---|---|---|
| | | | | | |
| 01/05/2022 | BJF | 325.00 | 1.50 | 487.50 | Draft initial disclosures; review and revise same; telephone conference with client to discuss damages; review defendant's initial disclosures. |
| 01/17/2022 | BJF | 325.00 | 0.75 | 243.75 | Review and revise plaintiff's discovery requests; emails with opposing counsel. |
| 01/25/2022 | BJF | 325.00 | 0.50 | 162.50 | Telephone conference with opposing counsel to discuss discovery demands; review discovery demands previously served. |
| 02/04/2022 | BJF | 325.00 | 0.50 | 162.50 | Review email from ADR clerk; emails with opposing counsel; research potential mediators. |
| 02/09/2022 | BJF | 325.00 | 0.50 | 162.50 | Review deadlines; emails with opposing counsel regarding depositions; draft email update to client; emails with mediator concerning dates. |
| 02/15/2022 | BJF | 325.00 | 0.50 | 162.50 | Review emails from opposing counsel regarding depositions and other discovery matters; email client; attention to deposition scheduling. |
| 02/23/2022 | BJF | 325.00 | 0.50 | 162.50 | Prepare for mediation; email client regarding depositions; review discovery emails. |
| 03/04/2022 | BJF | 325.00 | 0.75 | 243.75 | Review emails regarding discovery issues; prepare for client deposition. |
| 03/18/2022 | BJF | 325.00 | 0.25 | 81.25 | Emails with opposing counsel regarding depositions; attention to discovery and scheduling issues. |
| 03/22/2022 | BJF | 325.00 | 0.25 | 81.25 | Review letter to client regarding discovery; email to opposing counsel regarding discovery; review available dates for depositions. |
| 04/11/2022 | BJF | 325.00 | 1.75 | 568.75 | Emails with opposing counsel regarding scheduling of depositions; telephone conference with client to discuss depositions and discovery responses; review documents produced by defendant. |
| 04/20/2022 | BJF | 325.00 | 2.75 | 893.75 | Draft discovery responses; telephone conference with client to discuss discovery and depositions; review and revise discovery responses; make arrangements from depositions. |
| 04/21/2022 | BJF | 325.00 | 0.75 | 243.75 | Prepare for depositions. |
| 04/22/2022 | BJF | 325.00 | 4.50 | 1,462.50 | Prepare for depositions; review documents; review discovery produced; email client. |

Date: 3/22/2023

**Tabs3 Detail Work-In-Process Report**
Sterling Attorneys at Law, P.C.

**EXHIBIT C**



Client: **Glowacki/Jeramiah L.**

| Date | Atty | Rate | Hours Worked | Amount | Description |
|---|---|---|---|---|---|
| | | | | | |
| 04/25/2022 | BJF | 325.00 | 4.75 | 1,543.75 | Prepare for depositions; review documents; telephone conference with client to discuss depositions; email mediator. |
| 04/26/2022 | BJF | 325.00 | 10.25 | 3,331.25 | Travel to Grand Rapids for depositions; telephone conference with client to discuss testimony; meeting with client to discuss testimony; depositions of plaintiff and Rudolph. |
| 04/27/2022 | BJF | 325.00 | 4.75 | 1,543.75 | Prepare for depositions of Kaupp and Anderson; take depositions of Kaupp and Anderson; meeting with client to discuss depositions; meeting with opposing counsel to discuss settlement prospects; draft mediation summary. |
| 04/28/2022 | BJF | 325.00 | 3.75 | 1,218.75 | Review stock documents; draft mediation summary; review and revise mediation summary; email mediator. |
| 05/02/2022 | RJS | 450.00 | 0.50 | 225.00 | Conference regarding status and strategy. |
| 05/02/2022 | BJF | 325.00 | 2.00 | 650.00 | Attend mediation; review defendant's mediation summary. |
| 05/03/2022 | BJF | 325.00 | 1.25 | 406.25 | Review documents produced by defendant; review prior set of discovery demands; draft second document requests; email opposing counsel regarding requests. |
| 05/04/2022 | BJF | 325.00 | 0.50 | 162.50 | Review new discovery demands; review email from client with discovery responses. |
| 05/23/2022 | BJF | 325.00 | 4.50 | 1,462.50 | Prepare for Kraska deposition; telephone conference with client to discuss questions; attend deposition of Kraska. |
| 05/31/2022 | BJF | 325.00 | 0.50 | 162.50 | Meeting with RJS to discuss strategy and evidentiary issues. |
| 05/31/2022 | RJS | 450.00 | 0.25 | 112.50 | Conference regarding status and strategy. |
| 06/02/2022 | BJF | 325.00 | 1.00 | 325.00 | Attention to case strategy; meeting with RJS to discuss status and evidentiary issue. |
| 06/07/2022 | BJF | 325.00 | 3.00 | 975.00 | Review deposition exhibits and transcripts; attention to strategy; review O'Reilly harassment policies. |
| 06/14/2022 | BJF | 325.00 | 2.25 | 731.25 | Telephone conference with opposing counsel to discuss discovery; review discovery produced by defendant; follow-up email to opposing counsel. |

Date: 3/22/2023

**Tabs3 Detail Work-In-Process Report**
Sterling Attorneys at Law, P.C.

**EXHIBIT C**



Client: **Glowacki/Jeramiah L.**

| Date | Atty | Rate | Hours Worked | Amount | Description |
|---|---|---|---|---|---|
| | | | | | |
| 06/22/2022 | BJF | 325.00 | 2.00 | 650.00 | Review and analyze supplemental production from defendant. |
| 07/06/2022 | BJF | 325.00 | 3.00 | 975.00 | Review motion for summary judgment; research for response. |
| 07/07/2022 | BJF | 325.00 | 4.75 | 1,543.75 | Meeting with RJS to discuss client's email to employer; research for response to motion for summary judgment; draft response brief. |
| 07/07/2022 | RJS | 450.00 | 0.25 | 112.50 | Conference with BJF regarding status and strategy. |
| 07/08/2022 | BJF | 325.00 | 1.50 | 487.50 | Attention to summary judgment response; review documents from defendant; review transcripts. |
| 07/12/2022 | BJF | 325.00 | 0.25 | 81.25 | Email opposing counsel; draft stipulation to adjourn response date. |
| 08/05/2022 | BJF | 325.00 | 3.75 | 1,218.75 | Draft outline for opposition brief. |
| 08/08/2022 | BJF | 325.00 | 11.00 | 3,575.00 | Research for opposition brief; review defendant's motion brief; review documents produced in discovery; telephone conference with client to discuss brief. |
| 08/09/2022 | BJF | 325.00 | 14.00 | 4,550.00 | Draft opposition brief; research for brief; review deposition transcripts. |
| 08/10/2022 | BJF | 325.00 | 12.50 | 4,062.50 | Review and revise brief; research for brief; telephone conference with client to discuss brief; draft plaintiff's declaration; review and revise declaration; meeting with CAL to discuss evidentiary issue. |
| 08/11/2022 | BJF | 325.00 | 8.50 | 2,762.50 | Review and revise opposition brief; emails to client; research for opposition brief. |
| 08/12/2022 | BJF | 325.00 | 8.50 | 2,762.50 | Research for response brief; telephone conference with client regarding brief and declaration; review and revise declaration; review and revise brief; finalize and file brief. |
| 12/28/2022 | BJF | 325.00 | 0.25 | 81.25 | Review opposing counsel's email; review response from court; review deadlines and scheduling order. |
| 01/03/2023 | BJF | 325.00 | 2.75 | 893.75 | Review documents from defendant's; prepare for settlement conference; draft damages analysis; review and revise analysis; left call back message for client. |
| 01/04/2023 | BJF | 325.00 | 0.25 | 81.25 | Review settlement letter from opposing counsel; discuss letter with client. |

Date: 3/22/2023

**Tabs3 Detail Work-In-Process Report**
Sterling Attorneys at Law, P.C.

EXHIBIT C



Client: **Glowacki/Jeramiah L.**

| Date | Atty | Rate | Hours Worked | Amount | Description |
|---|---|---|---|---|---|
| | | | | | |
| 01/05/2023 | BJF | 325.00 | 2.00 | 650.00 | Review motion for summary judgment decision; left call back message for client; text messages with client regarding opinion and strategy. |
| 01/05/2023 | RJS | 450.00 | 0.50 | 225.00 | Review summary judgment opinion. |
| 01/06/2023 | BJF | 325.00 | 1.50 | 487.50 | Attention to trial strategy; telephone conference with client to discuss next steps. |
| 01/08/2023 | GDW | 325.00 | 0.50 | 162.50 | Telephone conference with BJF. |
| 01/10/2023 | BJF | 325.00 | 2.25 | 731.25 | Prepare for settlement conference; meeting with RJS to discuss strategy and motion for summary judgment opinion. |
| 01/12/2023 | BJF | 325.00 | 3.50 | 1,137.50 | Review damages and financial documents; meeting with RJS to discuss stock options; draft settlement letter to court; review and revise letter; telephone conference with client to discuss settlement. |
| 01/16/2023 | BJF | 325.00 | 1.00 | 325.00 | Attention to settlement strategy; prepare arguments to Magistrate. |
| 01/17/2023 | BJF | 325.00 | 3.25 | 1,056.25 | Prepare for settlement conference; telephone conference with client to discuss; attend Zoom settlement conference with Magistrate; follow-up discussions with client; follow-up email to opposing counsel regarding stock options. |
| 01/17/2023 | RJS | 450.00 | 1.00 | 450.00 | Conference with BJF regarding stock option damages; research regarding same. |
| 01/19/2023 | BJF | 325.00 | 0.25 | 81.25 | Email magistrate regarding settlement proposal; email opposing counsel regarding motions in limine; attention to motions in limine strategy. |
| 01/20/2023 | BJF | 325.00 | 2.50 | 812.50 | Attention to trial strategy and motions in limine; telephone conference with opposing counsel to discuss motions in limine and witnesses for trial; review email from opposing counsel regarding stock damages. |
| 01/30/2023 | BJF | 325.00 | 2.00 | 650.00 | Attention to trial strategy; emails with opposing counsel regarding trial issues and stock price; emails with client regarding stock price. |
| 01/31/2023 | RJS | 450.00 | 0.25 | 112.50 | Conference with BJF regarding status and strategy. |

Date: 3/22/2023

**Tabs3 Detail Work-In-Process Report**
Sterling Attorneys at Law, P.C.

EXHIBIT C



Client: **Glowacki/Jeramiah L.**

| Date | Atty | Rate | Hours Worked | Amount | Description |
|---|---|---|---|---|---|
| 01/31/2023 | BJF | 325.00 | 3.75 | 1,218.75 | Review documents; telephone conference with opposing counsel to discuss settlement prospects, motions in limine, and final pretrial order; draft final pretrial order; meeting with RJS to discuss trial and damages. |
| 02/01/2023 | BJF | 325.00 | 4.75 | 1,543.75 | Draft final pretrial order; review exhibits; telephone conference with client to discuss; email opposing counsel; prepare for trial. |
| 02/02/2023 | BJF | 325.00 | 4.25 | 1,381.25 | Attention to trial strategy; telephone conference with client to discuss trial and mitigation; review documents. |
| 02/03/2023 | BJF | 325.00 | 0.75 | 243.75 | Review mitigation records from client; attention to trial strategy. |
| 02/06/2023 | BJF | 325.00 | 2.00 | 650.00 | Draft verdict form; research evidentiary issues for trial. |
| 02/07/2023 | BJF | 325.00 | 6.75 | 2,193.75 | Research evidentiary issues for trial; review mitigation documents from client; telephone conference with opposing counsel to discuss jury instructions and trial issues; follow-up email with opposing counsel; review final pre-trial order; attention to trial issues. |
| 02/07/2023 | RJS | 450.00 | 1.25 | 562.50 | Attention to jury instructions; correspondence with BJF regarding same; research regarding same. |
| 02/08/2023 | BJF | 325.00 | 8.25 | 2,681.25 | Review and revise final pre-trial order; telephone conference with opposing counsel to discuss trial issues; research for jury instructions; research for trial brief and evidentiary issues; review court order; review and revise jury instructions; draft voir dire; review and revise voir dire; draft joint statement of case; telephone conference with potential witness David Short; review and revise final pre-trial order |
| 02/09/2023 | BJF | 325.00 | 7.50 | 2,437.50 | Review and revise jury instructions; review and revise verdict form; meeting with CAL to discuss verdict form; telephone conference with court; telephone conference with opposing counsel to discuss trial and evidentiary issues; research evidentiary issues; draft stipulation for trial brief extension; draft witness declaration. |
| 02/10/2023 | BJF | 325.00 | 4.75 | 1,543.75 | Attention to trial strategy; research for trial brief; review court order; research stock issue. |
| 02/13/2023 | BJF | 325.00 | 6.25 | 2,031.25 | Draft opposition to motion in limine; research for opposition brief; review and revise brief; review exhibits for trial. |

Date: 3/22/2023

**Tabs3 Detail Work-In-Process Report**
Sterling Attorneys at Law, P.C.

EXHIBIT C



Client: **Glowacki/Jeramiah L.**

| Date | Atty | Rate | Hours Worked | Amount | Description |
|---|---|---|---|---|---|
| | | | | | |
| 02/15/2023 | BJF | 325.00 | 2.00 | 650.00 | Attention to trial strategy; prepare for final pretrial hearing. |
| 02/16/2023 | BJF | 325.00 | 1.25 | 406.25 | Prepare for final pre-trial conference; telephone conference with client to discuss; emails with opposing counsel regarding conference; review court orders and case notes. |
| 02/17/2023 | BJF | 325.00 | 5.75 | 1,868.75 | Travel to and from court for hearing; attend court hearing; telephone conference with GDW to discuss case; telephone conference with RJS to discuss trial issues and jury instructions; review email from RJS. |
| 02/17/2023 | RJS | 450.00 | 1.25 | 562.50 | Research regarding jury instructions; correspondence with BJF regarding same. |
| 02/20/2023 | GDW | 325.00 | 1.00 | 325.00 | Review summary judgment opinion and joint final pre-trial order. |
| 02/24/2023 | BJF | 325.00 | 1.00 | 325.00 | Attention to trial issues. |
| 02/26/2023 | GDW | 325.00 | 0.75 | 243.75 | Telephone conference with client regarding trial, damages, verdict form and jury instructions. |
| 02/26/2023 | BJF | 325.00 | 1.00 | 325.00 | Telephone conference with GDW to discuss case strategy; research for trial brief. |
| 02/27/2023 | GDW | 325.00 | 3.75 | 1,218.75 | Review of joint final pre-trial order and complaint, emails with BJF; revise trial briefs. |
| 02/27/2023 | BJF | 325.00 | 8.00 | 2,600.00 | Research for trial brief; review and revise trial brief; telephone conference with GDW regarding damages research; review draft verdict forms and jury instructions; prepare notes for opening statement; review offer of judgment; email client. |
| 02/28/2023 | RJS | 450.00 | 0.25 | 112.50 | Conference regarding trial preparation issues. |
| 02/28/2023 | BJF | 325.00 | 4.50 | 1,462.50 | Research for trial brief; review and revise trial brief; meeting with RJS to discuss mitigation question; review email from opposing counsel. |
| 03/01/2023 | GDW | 325.00 | 4.00 | 1,300.00 | Verdict form research. |
| 03/01/2023 | BJF | 325.00 | 6.50 | 2,112.50 | Prepare for trial; review deposition transcripts and exhibits; telephone conference with client to discuss preparation. |

Date: 3/22/2023

**Tabs3 Detail Work-In-Process Report**
Sterling Attorneys at Law, P.C.

**EXHIBIT C**



Client: **Glowacki/Jeramiah L.**

| Date | Atty | Rate | Hours Worked | Amount | Description |
|---|---|---|---|---|---|
| | | | | | |
| 03/02/2023 | BJF | 325.00 | 7.75 | 2,518.75 | Prepare for trial; review deposition transcripts; draft opening statement; telephone conference with GDW to discuss opening and witness examinations; attention to trial strategy; draft joint verdict form; review supplemental documents from client. |
| 03/03/2023 | BJF | 325.00 | 3.00 | 975.00 | Research moonlighting issue for trial; telephone conference with GDW to discuss witnesses and trial strategy; practice opening statement; review final pretrial order and trial exhibits. |
| 03/04/2023 | GDW | 325.00 | 1.75 | 568.75 | Review and research jury instructions. |
| 03/04/2023 | BJF | 325.00 | 2.00 | 650.00 | Review and revise opening statement; draft witness examinations. |
| 03/05/2023 | GDW | 325.00 | 3.00 | 975.00 | Jury instructions/mitigation; research and draft; read and summarize plaintiff's deposition summary. |
| 03/05/2023 | BJF | 325.00 | 1.50 | 487.50 | Review trial exhibits; prepare notes for trial; draft damages chart. |
| 03/06/2023 | GDW | 325.00 | 0.50 | 162.50 | Review and revise jury instruction and verdict form objections. |
| 03/06/2023 | BJF | 325.00 | 9.75 | 3,168.75 | Review deposition transcripts; review and revise opening statement; draft witness exam for Rudolph; research mitigation issue; review trial exhibits to use during cross of Rudolph; email opposing counsel regarding stipulating to exhibits; draft questions for judge. |
| 03/07/2023 | GDW | 325.00 | 1.75 | 568.75 | Review plaintiff's exhibits; summary judgement exhibits; telephone conference with BJF. |
| 03/07/2023 | BJF | 325.00 | 6.50 | 2,112.50 | Draft Kraska cross; review and revise cross; review deposition transcript; review exhibits and trial prep; telephone conference and emails with GDW regarding trial preparation. |
| 03/07/2023 | RJS | 450.00 | 1.00 | 450.00 | Attention to trial witness, damages, and exhibit issues; correspondence with BJF regarding same. |
| 03/08/2023 | GDW | 325.00 | 5.00 | 1,625.00 | Review juror quests; research UIA state evidence; draft jury instructions; review file for cross exam of client. |
| 03/08/2023 | BJF | 325.00 | 6.00 | 1,950.00 | Draft client direct exam; review and revise client direct exam; draft economic loss report; review and revise report; review juror questionnaires. |
| 03/08/2023 | RJS | 450.00 | 1.75 | 787.50 | Attention to presentation of damages at trial; correspondence with BJF regarding same; conference with BJF regarding jury selection and voir dire. |

Date: 3/22/2023

**Tabs3 Detail Work-In-Process Report**

Sterling Attorneys at Law, P.C.

EXHIBIT C



Client: **Glowacki/Jeramiah L.**

| Date | Atty | Rate | Hours Worked | Amount | Description |
|---|---|---|---|---|---|
| | | | | | |
| 03/09/2023 | GDW | 325.00 | 3.75 | 1,218.75 | Review juror questions; telephone conference with BJF; review exhibits. |
| 03/09/2023 | BJF | 325.00 | 7.00 | 2,275.00 | Prepare for trial; review deposition transcripts; meeting with client to discuss testimony; review and revise opening statement; review and revise economic loss report. |
| 03/09/2023 | RJS | 450.00 | 2.00 | 900.00 | Conference with BJF regarding jury selection and damages proofs and presentation; prepare and revise damages charts. |
| 03/10/2023 | GDW | 325.00 | 5.25 | 1,706.25 | Review joint final pre-trial order and case management order; client prep (cross-exam); client prep; jury instructions. |
| 03/10/2023 | BJF | 325.00 | 5.50 | 1,787.50 | Meeting with client and GDW to prepare for testimony; review documents and exhibits; review and revise economic damages summary. |
| 03/11/2023 | GDW | 325.00 | 1.00 | 325.00 | Voir dire research. |
| 03/11/2023 | BJF | 325.00 | 4.00 | 1,300.00 | Review exhibits; review witness exams; messages with client regarding testimony. |
| 03/12/2023 | BJF | 325.00 | 8.50 | 2,762.50 | Travel to Lansing for trial; telephone conference with opposing counsel to discuss exhibits and witnesses; prepare for trial by reviewing exhibits and witness exams; telephone conference with GDW regarding exhibits and voir dire. |
| 03/12/2023 | GDW | 325.00 | 4.50 | 1,462.50 | Travel; review jury; conference with client and BJF. |
| 03/13/2023 | GDW | 325.00 | 10.00 | 3,250.00 | Attend trial; meeting with client and BJF; research jury instructions. |
| 03/13/2023 | BJF | 325.00 | 14.50 | 4,712.50 | Prepare for voir dire and trial; review and revise opening statement; Day 1 of trial; meeting with client and co-counsel to prepare for Day 2. |
| 03/14/2023 | GDW | 325.00 | 10.00 | 3,250.00 | Jury instructions; verdict form; attendance in court; research; trial preparation; conference with client and BJF. |
| 03/14/2023 | BJF | 325.00 | 15.00 | 4,875.00 | Prepare for trial Day 2; conduct day 2 trial; attention to jury instructions and verdict form; draft closing; review and revise closing. |

Date: 3/22/2023

**Tabs3 Detail Work-In-Process Report**
Sterling Attorneys at Law, P.C.

**EXHIBIT C**



Client: **Glowacki/Jeramiah L.**

| Date | Atty | Rate | Hours Worked | Amount | Description |
|---|---|---|---|---|---|
| | | | | | |
| 03/14/2023 | RJS | 450.00 | 0.25 | 112.50 | Conference with GDW regarding trial issues. |
| 03/15/2023 | BJF | 325.00 | 6.00 | 1,950.00 | Review and revise closing; meeting with client and co-counsel GDW to prepare for closing; attend trial day 3; meeting with client and GDW after verdict to discuss next steps; travel back from Lansing. |
| 03/15/2023 | RJS | 450.00 | 0.75 | 337.50 | Attention to verdict issues. |
| 03/15/2023 | GDW | 325.00 | 7.00 | 2,275.00 | Travel to and attend court. |
| 03/16/2023 | BJF | 325.00 | 1.00 | 325.00 | Review judgment and notes from trial; meeting with JCB and CAL to discuss trial and potential post-trial motions. |
| 03/20/2023 | BJF | 325.00 | 1.50 | 487.50 | Attention to strategy; review potential appeal issues. |
| 03/21/2023 | BJF | 325.00 | 3.50 | 1,137.50 | Telephone conference with RJS to discuss post-verdict issues; draft attorney fee petition. |
| 03/22/2023 | BJF | 325.00 | 4.00 | 1,300.00 | Draft attorney fee petition; review and revise petition; review declarations for petition; research for motion; telephone conference with client to discuss next steps. |
| 03/23/2023 | BJF | 325.00 | 1.00 | 325.00 | Review and revise attorney fee petition; emails with opposing counsel regarding post-trial motions; telephone conference with GDW regarding post-trial motions. |
| 03/23/2023 | RJS | 450.00 | 0.25 | 112.50 | Correspondence with BJF regarding post-trial issues and strategy. |
| 03/27/2023 | BJF | 325.00 | 1.00 | 325.00 | Review and revise fee petition; telephone call with opposing counsel to discuss concurrence and settlement. |
| 03/28/2023 | GDW | 325.00 | 0.50 | 162.50 | Review and revise fee petition. |
| | | | | | |
| **Billable Total:** | BJF | 325.00 | 353.50 | 114,887.50 | |
| | GDW | 325.00 | 64.00 | 20,800.00 | |
| | RJS | 450.00 | 13.50 | 6,075.00 | |
| **TOTAL FEES:** | | | **431.00** | **141,762.50** | |

## VERIFICATION

I certify under penalty of perjury pursuant to 28 USC 1746 that the rates customarily charged by each attorney, the number of hours expended in this case, and all other statements contained in plaintiff's fee petition are true and correct to the best of my knowledge.

/s/Brian J. Farrar
Brian J. Farrar