UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERAMIAH L. GLOWACKI,

    Plaintiff,

v.

O'REILLY AUTO ENTERPRISES, LLC,

    Defendant.

_____/

Case No. 1:21-cv-868

Hon. Hala Y. Jarbou

## **AMENDED JUDGMENT**

In accordance with the jury's verdict, and in accordance with the opinion and order entered this date:

**IT IS ORDERED** that Defendant O'Reilly Auto Enterprises, LLC, is liable to Plaintiff Jeramiah L. Glowacki for the following for violation of Title VII and the Elliott-Larsen Civil Rights Act:

    Punitive damages:  $300,000.00;

    Past economic damages:  $979,000.00;

    Future economic damages: $800,000.00;

    Non-economic damages:  $160,000.00;

    Costs: $8,391.61;

    Attorney's fees: $140,075.00; and

    Prejudgment interest as set forth below.

2

**IT IS FURTHER ORDERED** that Plaintiff is entitled to prejudgment interest under Mich. Comp. Laws § 600.6013(1), as calculated in Mich. Comp. Laws § 600.6013(8), on the amounts above, other than the punitive damages and future economic damages, accruing from October 7, 2021, through March 15, 2023.

**IT IS FURTHER ORDERED** that Plaintiff is entitled to post-judgment interest under 28 U.S.C. § 1961 on all the amounts above, accruing from March 15, 2023, until this Amended Judgment is satisfied.

**IT IS FURTHER ORDERED** that this Amended Judgment shall take the place of the Court's judgment entered on March 15, 2023 (ECF No. 65).

Dated: December 14, 2023              /s/ Hala Y. Jarbou
                                      HALA Y. JARBOU
                                      CHIEF UNITED STATES DISTRICT JUDGE